UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENCE EMANUEL BAILEY,

Plaintiff,

v.

JOVITA HERRERA,

Defendant.

Case No. 26-cv-04843-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate at Salinas Valley State Prison in Soledad, California, has filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has sued Lancaster State Prison licensed social worker Herrera Jovita, alleging that she failed to provide appropriate treatment when he informed her on August 15, 2024, of his suicidal ideations.  *See generally* ECF No. 1.

Venue generally is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Here, the relevant events took place at Lancaster State Prison, which is located in Los Angeles County. The defendant is identified as a Lancaster State Prison employee.  Given her place of employment, she likely resides in Los Angeles County (and it is unlikely she resides in this district).  Los Angeles County lies within the venue of the Central District of California.  *See* 28 U.S.C. § 84(c). Venue therefore properly lies in the Central District of California.  *See id.* § 1391(b).

/ / /

/ / /

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Central District of California.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  May 27, 2026



JON S. TIGAR
United States District Judge

2